UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE DAVID F. LEVI, U.S. DISTRICT JUDGE

**FILED**
June 7, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,
   Plaintiff,

v.

BRIAN T. PLEASANT

   Defendant(s)

MINUTES

CASE #: CR S 06-440 DFL

DATE:   June 7, 2007

DEPUTY CLERK: H. A. Vine

COURT REPORTER:  M. Babbitt

For the Government:
S. SPANGLER,
Assistant United States Attorney

For the Defendant(s):
N. SMOCK FOR BRIAN T. PLEASANT

DEFENDANT: [X] Present        [X] OR

[ X ] JUDGMENT AND SENTENCING - CT. 1 OF INFORMATION

Imprisonment: **TIME SERVED**

Restitution: **$21,971.73 (INTEREST WAIVED)**     TSR - **36 MONTHS**

Fine: **WAIVED**          S/A: **$100**

Right to App Given: **WAIVED**

Time in court: **10 minutes**