| PROB 22 | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:06CR00440-01 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 3:08cm1530-MHT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brian Tyrone PLEASANT<br>Phenix City, Alabama | Eastern District of California | Northern |
| | **NAME OF SENTENCING JUDGE** | |
| FILED<br>JUN 10 2008<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK | John A. Mendez<br>United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 06/07/2007    TO 06/06/2010 |

**OFFENSE**   18 USC 1344(a) - Bank Fraud (Class B Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-12-08
_____
Date

_____
Chief United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALABAMA**

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/2/2008
_____
Effective Date

_____
United States District Judge

CC:   United States Attorney
        FLU Unit-United States Attorney's Office
        Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG